IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JORGE GAMBOA, | § | |
| Individually and on Behalf of All | § | |
| Wrongful Death Beneficiaries of | § | |
| ELIAS GAMBOA MEZA, Deceased | § | |
|     Plaintiff, | § | CIVIL ACTION NO.   17-CV-26 |
| | § | |
| VS. | § | |
| | § | |
| WALGREEN NATIONAL | § | |
| CORPORATION d/b/a WALGREENS | § | |

## INDEX

Executed Process ......................................................................................................... 001

Pleadings ...................................................................................................................... 005

Docket Sheet ................................................................................................................ 014

List of All Counsel of Record ..................................................................................... 016

Electronically Filed
1/10/2017 8:46:25 PM
Hidalgo County District Clerks
Reviewed By: Kim Hinojosa

## AFFIDAVIT OF SERVICE

### CAUSE NO. C-5668-16-G

| | | |
|---|---|---|
| ELIAS GAMBOA MEZA | | IN THE DISTRICT COURT |
| *Plaintiff,* | | |
| VS. | | 370TH JUDICIAL DISTRICT |
| WALGREEN NATIONAL CORP. | | |
| D/B/A WALGREENS | | HIDALGO COUNTY, TEXAS |
| *Defendants.* | | |

Documents: CITATION; PLAINTIFF'S ORIGINAL PETITION

Received on: __December 23, 2016__ at __10:08 A.M.__ the above documents to be delivered to:

WALGREEN NATIONAL CORP. DBA WALGREENS
REGISTERED AGENT: CORPORATION SERVICE COMPANY D/B/A CSC LAWYERS INCORPORATING
SERVICE
211 E. 7TH STREET, SUITE 620
AUSTIN, TEXAS 78701-3218

I, __Lee Ann Magee__, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to: __Walgreen National Corp. dba Walgreens, by delivering to Chris Saizan__

(Title / Relationship): __Designated Agent for registered agent, Corporation Service Company d/b/a CSC Lawyers__

__Incorporating Service__

Address of Service: __211 E. 7th Street, Suite 620, Austin, Texas 78701-3218__

Date of Service: __December 27, 2016__ Time of Service: __CMRRR__

Type of Service:

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process, along with a true copy of the court order, with a person residing therein, who is of suitable age, at the above listed address, which is the usual place of business of the above named person.

☒ **CERTIFIED MAIL RETURN RECEIPT REQUESTED:** By sending to the above address via USPS. Delivered by CMRRR, Green Card #70162140000077714450.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason: _____

"I declare under penalties of perjury that the information contained herein is true and correct"

_____
Signature    PS#: _7247_
              Exp: _6-30-19_

Subscribed and sworn to before me, a notary
public on __1-5__, 20 _17_

_____
Notary Public in and of the State of Texas

FRANCES WHITING
NOTARY PUBLIC STATE OF TEXAS
COMM. EXP. 01-12-2019
NOTARY ID 5776215

© Copyright 2010-2015 Calendar Count, Inc.

001

Electronically Filed
1/10/2017 8:46:25 PM
Hidalgo County District Clerks
Reviewed By: Kim Hinojosa

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  Chris Smith   C. Date of Delivery  DEC 27 2016 |

1. Article Addressed to:

Walgreen National Corp. d/b/a Walgreens
Registered Agent: Corporation Service
Company d/b/a CSC Lawyers Incorporating Service
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0938 5223 4879 81

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7016 2140 0000 7771 4450

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

002

Electronically Filed
1/10/2017 8:46:25 PM
Hidalgo County District Clerks
Reviewed By: Kim Hinojosa

C-5668-16-G
## 370TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION

### STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**Walgreen National Corp. d/b/a Walgreens**
**Registered Agent: Corporation Service Company d/b/a CSC Lawyers Incorporating Service**
**211 E. 7th Street, Suite 620**
**Austin, Texas 78701-3218**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Noe Gonzalez, 370th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 22nd day of December, 2016 and a copy of same accompanies this citation. The file number and style of said suit being C-5668-16-G, **ELIAS GAMBOA MEZA VS. WALGREEN NATIONAL CORP. D/B/A WALGREENS**

Said Petition was filed in said court by ELIZABETH JANICEK, 115 E TRAVIS ST STE 2000 SAN ANTONIO TX 78205-1609.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 22nd day of December, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**ADRIANA GARCIA, DEPUTY CLERK**

DATE 01/18/17

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy 908

Electronically Filed
1/10/2017 8:46:25 PM
Hidalgo County District Clerks
Reviewed By: Kim Hinojosa

C-5668-16-G
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ....................$_____


**DEPUTY**
## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201____.

_____

**Declarant"**


**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

**C-5668-16-G**
CAUSE NO. _____

| | | |
|---|---|---|
| JORGE GAMBOA, | § | IN THE DISTRICT COURT |
| Individually and on Behalf of All | § | |
| Wrongful Death Beneficiaries of | § | |
| ELIAS GAMBOA MEZA, Deceased | § | |
| | § | |
| | § | |
| VS. | § | _____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| WALGREEN NATIONAL | § | |
| CORPORATION d/b/a WALGREENS | § | HILDALGO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **JORGE GAMBOA, Individually and on Behalf of All Wrongful Death Beneficiaries of ELIAS GAMBOA MEZA, Deceased,** Plaintiff in the above-styled and numbered cause (hereinafter called "Plaintiff"), complaining of Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** (hereinafter called "Defendant"), and for cause of action, would respectfully show unto the Court as follows:

**I.**
## DISCOVERY PLAN

Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery in this case pursuant to a Level 3 Discovery Control Plan.

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

**C-5668-16-G**

## II.
## PARTIES

Plaintiff, **JORGE GAMBOA**, is the son of Elias Gamboa Meza and is a resident of San Antonio, Bexar County, Texas.

Defendant, **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** is a Foreign For-Profit Corporation and can be served by and through its registered agent Corporation Service Company d/b/a CSC Lawyers Incorporating Service at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

## III.
## JURISDICTION

The Court has jurisdiction in this case based on appropriate subject matter (medical malpractice) and based upon sufficient amount in controversy.

## IV.
## NOTICE

Plaintiff would show that, in accordance with TEXAS CIVIL PRACTICE AND REMEDIES CODE §74.051 and §74.052, the Defendants herein has been placed on notice of Plaintiff's claims.

## V.
## VENUE

All or a substantial part of the events made the basis of this lawsuit occurred in Hidalgo County, Texas.  Thus, pursuant to the TEXAS CIVIL PRACTICE AND REMEDIES CODE § 15.002(a)(1), venue is proper in Hidalgo County, Texas.

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

**C-5668-16-G**

## VI.
### FACTUAL BACKGROUND

Plaintiff would show that at all times relevant hereto Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** is a health care provider which held, and does hold themselves out to the general public, including the Plaintiff herein, as a health care facility which is competent and qualified to provide health care services, with all the necessary care and precaution expected of health care facilities.  Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** operates multiple pharmacies in the state of Texas, including the Walgreens Pharmacy located at 7301 N. 10th St., McAllen, Texas 78504.

**ELIAS GAMBOA MEZA** was an elderly person and was owed the duty of reasonable care, taking into consideration her known mental and physical condition. Mr. Gamboa

On or about On August 17, 2015, an employee of Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** working at the Defendant's pharmacy located at 7301 N. 10th St., McAllen, Texas 78504 called Mr. Gamboa Meza to pick up a prescription.   Mr. Gamboa Meza went to that location, picked up the medication and was given the instructions by Defendant **WALGREEN NATIONAL CORPORATION' d/b/a WALGREENS** s employee(s) to take one tablet by mouth twice daily.    The medication given to Mr. Gamboa Meza Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS's** employee(s) was

-3-

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

C-5668-16-G

glyburide/metformin prescribed for the treatment of the diabetes of another patient. Mr. Gamboa Meza did not have diabetes.

On September 1, 2015, two weeks after he began taking the glyburide/metformin, Mr. Gamboa Meza suffered a hypoglycemic reaction while driving, which caused Mr. Gamboa to have an accident. Mr. Gamboa died of injuries sustained in the accident on September 2, 2015.

Plaintiff would show that as a direct and proximate result of the acts and/or omissions committed during Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS's** substandard, inadequate and negligent medical care and treatment, **ELIAS GAMBOA MEZA** suffered injury and death.

## VII.
### NEGLIGENCE

Plaintiff believes and alleges that Defendant, **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS**, committed certain acts and/or omissions in the medical care and treatment of **ELIAS GAMBOA MEZA** which constituted negligence, and that such negligent acts and/or omissions include, but are not limited to the following:

1. Failing to properly, adequately and/or timely dispense medications to **ELIAS GAMBOA MEZA**;

2. Failing to provide appropriate quality control measures to prevent **ELIAS GAMBOA MEZA** from receiving a medication he was not prescribed;

3. Failing to verify that **ELIAS GAMBOA MEZA's** name was on a prescription patient before dispensing said prescription; and

-4-

008

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

C-5668-16-G

4.    Failing to provide **ELIAS GAMBOA MEZA** the necessary care and services to promote and protect his health.

Plaintiff would show that each and all of the above and foregoing acts and/or omission on the part of the Defendant herein constitute negligence, and each and all were a direct and proximate cause of the injuries and damages sustained by the Plaintiff herein.

Plaintiff would show that each and all of the above and foregoing acts and/or omission on the part of the Defendant herein constitute negligence, and each and all were a direct and proximate cause of the injuries and damages sustained by the Plaintiff herein.

Further, Defendant were negligent in management, budgeting, and in hiring practices, retention practices, staffing practices, orientation and training practices, and in supervision of employees, employing incompetent staff without regard to the safety of **ELIAS GAMBOA MEZA** as well as in ministerial failures.

### VIII.
### GROSS NEGIGENCE

Under TEXAS CIVIL PRACTICE & REMEDIES CODE § 41.001 et al. and § 71.009, the Defendant **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** committed gross negligence. The Defendant committed an act or omission, which when viewed objectively from the Defendant's standpoint, involved an extreme degree of risk considering the probability and magnitude of the potential harm, and which the Defendant had actual, subjective awareness of the risk, but still proceeded with a conscious indifference to the safety of Mr. Gamboa Meza.

-5-

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

C-5668-16-G

Defendant failed to verify that the medication dispensed to Mr. Gamboa Meza was in fact prescribed to him.  This failure to act involved an extreme degree of risk because of the probability of harm to Mr. Gamboa Meza should he ingest this medication.

IX.

**DAMAGES**

Plaintiff would show, as a direct and proximate result of the negligent acts and/or omissions of the Defendant herein, that **IGNACIO JORGE GAMBOA, Individually and on Behalf of All Wrongful Death Beneficiaries** has suffered the following damages for which Plaintiff sues:

a.    pecuniary loss sustained in the past;

b.    pecuniary loss that will, in reasonable probability, be sustained in the future;

c.    loss of companionship and society sustained in the past;

d.    loss of companionship and society that will, in reasonable probability, be sustained in the future;

e.    mental anguish sustained in the past;

f.    mental anguish that will, in reasonable probability be sustained in the future; and

g.    loss of inheritance.

As a direct result of the occasion in question, the estate of **ELIAS GAMBOA MEZA**, deceased, is entitled to money damages for the medical and funeral expenses, conscious pain, suffering, and mental anguish that **ELIAS GAMBOA MEZA** sustained

-6-

010

Electronically Filed
12/22/2016 1:50:21 PM
Hidalgo County District Clerks
Reviewed By: Adriana Garcia

C-5668-16-G

as a result of the incident.  Additionally, the estate is entitled to punitive damages due to the gross negligence.

## X.
## JURY DEMAND

Plaintiff hereby requests a trial by jury.

WHEREFORE, PREMISE CONSIDERED, Plaintiff prays the Defendant be duly cited to appear and answer herein, and that upon final trial of this cause, Plaintiff have and recover a judgment of and from the Defendant herein, in an amount within the jurisdictional limits of this court, for both pre-judgment and post-judgment interest as allowed by law, plus costs of court, and for such other and further relief, both general and special, at law or in equity, to which the Plaintiff may be justly entitled.

Respectfully submitted,

**JANICEK LAW FIRM, PC**
1100 NE Loop 410, Suite 550
San Antonio, Texas  78209
(210) 366-4949 *Telephone*
(210) 979-6804 *Facsimile*
beth@janiceklaw.com

By: *Beth S. Janicek*

**BETH S. JANICEK**
State Bar No. 00788495
**ELIZABETH W. YANCY**
State Bar No. 24098642

*Attorneys for Plaintiff*

DATE 01/18/17

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By Deputy #13

-7-

011

Electronically Filed
1/19/2017 5:07:29 PM
Hidalgo County District Clerks
Reviewed By: Kim Hinojosa

CAUSE NO. C-5668-16-G

| | | |
|---|---|---|
| JORGE GAMBOA, | § | IN THE DISTRICT COURT |
| Individually and on Behalf of All | § | |
| Wrongful Death Beneficiaries of | § | |
| ELIAS GAMBOA MEZA, Deceased | § | |
|     Plaintiff, | § | 370TH JUDICIAL DISTRICT |
| | § | |
| VS. | § | |
| | § | |
| WALGREEN NATIONAL | § | |
| CORPORATION d/b/a WALGREENS | § | HIDALGO COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS**, Defendant herein, and files this its Original Answer, and would show the Court as follows:

### I. GENERAL DENIAL

Defendant denies each and every, all and singular, the allegations set out in Plaintiffs' Original Petition and demands strict proof thereof as required by law.

WHEREFORE, PREMISES CONSIDERED, Defendant, **WALGREEN NATIONAL CORPORATION d/b/a WALGREENS** prays that Plaintiffs' lawsuit be dismissed with prejudice with court costs taxed to Plaintiffs and for such other and further relief, at law or in equity, to which Defendant may justly be entitled to receive.

(Signature on next page)

Defendant's Original Answer
#38,468/RJ

Page 1

012

Electronically Filed
1/19/2017 5:07:29 PM
Hidalgo County District Clerks
Reviewed By: Kim Hinojosa

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 North 10th Street
McAllen, Texas 78504
956/393-6300
956/386-1625 (Fax)
*Attorneys for Defendant*

By: *David Oliveira by Ros*
    **David G. Oliveira**
    State Bar No. 15254675
    doliveira@rofllp.com
    lizg@rofllp.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant's Original Answer has been forwarded to:

    Beth S. Janicek
    Elizabeth W. Yancy
    JANICEK LAW FIRM, PC
    1100 NE Loop 410, Suite 550
    San Antonio, TX 78209
    beth@janiceklaw.com

    on this _19th_ day of January, 2017.

                               *David Oliveira by Ros*
                         David G. Oliveira

DATE __01/20/17__

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas

By _____ Deputy#13

370TH DISTRICT COURT

# CASE SUMMARY
## CASE NO. C-5668-16-G

Elias Gamboa Meza                                    §          Location:  **370th District Court**
VS.                                                  §   Judicial Officer:  **Gonzalez, Noe**
Walgreen National Corp. d/b/a Walgreens              §          Filed on:  **12/22/2016**
                                                     §

---

### CASE INFORMATION

Case Type:  **Injury or Damage - Medical Malpractice (OCA)**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number          C-5668-16-G
Court                370th District Court
Date Assigned        12/22/2016
Judicial Officer     Gonzalez, Noe

---

### PARTY INFORMATION

|  |  | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | Meza, Elias Gamboa | **JANICEK, ELIZABETH** *Retained* 210-227-7000(W) |
| **Defendant** | Walgreen National Corp. d/b/a Walgreens | **Oliveira, David G.** *Retained* 956-542-5666(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/19/2017 | Answer<br>Party: Defendant  Walgreen National Corp. d/b/a Walgreens | |
| 12/22/2016 | Citation Issued<br>Party: Defendant  Walgreen National Corp. d/b/a Walgreens | |
| 12/22/2016 | **Citation**<br>Walgreen National Corp. d/b/a Walgreens<br>Served: 12/27/2016<br>Anticipated Server: Civil Processor<br>Actual Server: Civil Processor<br>Return Date/Time: 01/10/2017 | |
| 12/22/2016 | Original Petition (OCA)<br>*Plaintiff's Original Petition* | |

DATE _01/20/17_
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#13

---

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant**  Walgreen National Corp. d/b/a Walgreens | |
| | Total Charges | 2.00 |
| | Total Payments and Credits | 2.00 |
| | **Balance Due as of  1/20/2017** | **0.00** |
| | **Plaintiff**  Meza, Elias Gamboa | |
| | Total Charges | 359.00 |
| | Total Payments and Credits | 359.00 |
| | **Balance Due as of  1/20/2017** | **0.00** |

370TH DISTRICT COURT
# CASE SUMMARY
CASE NO. C-5668-16-G

015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| **JORGE GAMBOA,** | § | |
| **Individually and on Behalf of All** | § | |
| **Wrongful Death Beneficiaries of** | § | |
| **ELIAS GAMBOA MEZA, Deceased** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **VS.** | § | |
| | § | |
| **WALGREEN NATIONAL** | § | |
| **CORPORATION d/b/a WALGREENS** | § | |

### COUNSEL OF RECORD

COUNSEL FOR PLAINTIFFS:

> **Beth S. Janicek**
> State Bar No. 00788495
> **Elizabeth W. Yancy**
> State Bar No. 24098642
> **JANICEK LAW FIRM, PC**
> 1100 NE Loop 410, Suite 550
> San Antonio, TX 78209
> Telephone: 210-366-4949
> Facsimile: 210-979-6804
> beth@janiceklaw.com

COUNSEL FOR DEFENDANT:

> **David G. Oliveira**
> State Bar No. 15254675
> Federal I.D. No. 34165
> **ROERIG, OLIVEIRA & FISHER, L.L.P.**
> 10225 North 10th Street
> McAllen, Texas 78504
> Telephone: 956/393-6300
> Facsimile:  956/386-1625 (Fax)
> doliveira@rofllp.com
> lizg@rofllp.com

016